No. 73–1488.   PACELLI *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–1494.   MAHER *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–1496.   GONZALEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–1509.   ABRAMO *v.* UNITED STATES; and
No. 73–1527.   D'AMATO ET AL. *v.* UNITED STATES. C. A. 2d Cir.   Certiorari denied.   Reported below: 493 F. 2d 359.

No. 73–1511.   MILLER, COMMISSIONER, DEPARTMENT OF MENTAL HYGIENE OF NEW YORK, ET AL. *v.* DALE; and
No. 73–6673.   DALE *v.* MILLER, COMMISSIONER, DEPARTMENT OF MENTAL HYGIENE OF NEW YORK, ET AL. C. A. 2d Cir.   Certiorari denied.   Reported below: 486 F. 2d 76.

No. 73–1520.   THOMAS *v.* MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 73–1522.   MARQUEZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 73–1523.   HEMPT BROS., INC. *v.* UNITED STATES. C. A. 3d Cir.   Certiorari denied.

No. 73–1530.   MALNIK *v.* UNITED STATES ET AL. C. A. 5th Cir.   Certiorari denied.

No. 73–1538.   RAFTER *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 2d Cir.   Certiorari denied.

No. 73–1540.   SECHREST ET UX. *v.* UNITED STATES. C. A. 4th Cir.   Certiorari denied.